**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Courant Publications, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  The Boston Courant**<br>**FKA  The Back Bay Courant** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **04-3344590** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **formerly 20 Park Plaza, Suite 909**<br>**Boston, MA 02116**<br>Number, Street, City, State & ZIP Code | **P.O. Box 171018**<br>**Back Bay Station**<br>**Boston, MA 02117**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk**<br>County | **Location of principal assets, if different from principal place of business**<br>**Boston Seaport Self Storage**<br>**380 E Street Boston, MA 02127**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

Debtor    **Courant Publications, Inc.**                                    Case number (*if known*)
Name

**7.** Describe debtor's business    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor   **Courant Publications, Inc.** _____   Case number (*if known*) _____
           Name

**11.  Why is the case filed in**        *Check all that apply:*
       ***this district?***
                                         ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                             preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                         ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**          ■  No
       **have possession of any**
       **real property or personal**     ☐  Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                                   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                      What is the hazard? _____

                                                   ☐ It needs to be physically secured or protected from the weather.

                                                   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                      livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                                   ☐ Other _____
                                                   **Where is the property?** _____
                                                                               Number, Street, City, State & ZIP Code

                                                   **Is the property insured?**
                                                   ☐ No
                                                   ☐ Yes.   Insurance agency _____
                                                            Contact name    _____
                                                            Phone           _____

■  **Statistical and administrative information**

**13.   Debtor's estimation of**         *Check one:*
        **available funds**
                                         ■  Funds will be available for distribution to unsecured creditors.

                                         ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.   Estimated number of**    ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
        **creditors**            ☐ 50-99                   ☐ 5001-10,000             ☐ 50,001-100,000
                                 ☐ 100-199                 ☐ 10,001-25,000           ☐ More than100,000
                                 ☐ 200-999

**15.   Estimated Assets**       ■ $0 - $50,000            ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.   Estimated liabilities**  ☐ $0 - $50,000            ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                 ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **Courant Publications, Inc.**                                    Case number (*if known*)
Name

---

**Request for Relief, Declaration, and Signature**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02 / 08 / 2016
MM / DD / YYYY

X _David E. Jacobs (signature)_                     **David L. Jacobs**
Signature of authorized representative of debtor          Printed name

Title   **Director**

---

**18. Signature of attorney**

X _(signature)_                                          Date   02 / 08 / 2016
Signature of attorney for debtor                               MM / DD / YYYY

**Anne J. White**
Printed name

**Demeo LLP**
Firm name

**200 State St.**
**Boston, MA 02109**
Number, Street, City, State & ZIP Code

Contact phone   **617-263-2600**          Email address

**524960**
Bar number and State

## COURANT PUBLICATIONS INC.
### CLERK'S CERTIFICATE

I, David L. Jacobs, Director of Courant Publications Inc., dba The Boston Courant and fka the Back Bay Courant, a Massachusetts corporation (the "Company"), hereby certify that on this 4th day of February, 2016, the following resolutions were adopted by affirmative votes of its owners and Directors, in accordance with applicable law and the bylaws of Courant Publication Inc.:

VOTED:   That the Company file a petition with the United States Bankruptcy Court seeking relief pursuant to Chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Code");

FURTHER VOTED:   That David L. Jacobs, Director of Courant Publications Inc., is hereby authorized and empowered for and in behalf of and in the name of the Company: (i) to prepare and file on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code; (ii) to execute and deliver any and all petitions or documents to effectuate the foregoing; and (iii) to take such further acts and do such further things as may be deemed necessary or appropriate with respect to the foregoing;

FURTHER VOTED:   That the law firm of Demeo LLP be retained as counsel under general retainer to represent the Company in connection with its filing under Chapter 7 of the Bankruptcy Code; and

FURTHER VOTED:   That this consent of the owners and Directors be filed in the minute book of the company.

I further certify that said resolutions are still in full force and effect, and have not been altered, amended, rescinded or repealed.

IN WITNESS WHEREOF, I have unto set my hand and seal of the Company, this 4th day of February 2016.

David L. Jacobs, Director
of Courant Publications Inc.

Back Bay News Distributors Inc
51 Melcher Street, Ste 103
Boston, MA 02210

Boston Offset
565 University Avenue
Norwood, MA 02062

Carrigan Advertising Carriers
40 Walnut Street
Hyde Park, MA 02136

Constangy, Brooks, Smith & Propete, LLP
Attn: David C. Kurtz
535 Boylson Street
Suite 902
Boston, MA 02116

David L. Jacobs
189 John Wise Avenue
Essex, MA 01929

Delucca's Market
c/o Virgil Aiello
11 Charles Street
Boston, MA 02108

First Church of Christ, Scientist
c/o Account Payable
210 Massachusetts Avenue  P06-10
Boston, MA 02115

Gen C. Tracy
189 John Wise Avenue
Essex, MA 01929

Gibson Sotheby's International Realty
c/o Judy Pagano
277 Dartmouth Street
Boston, MA 02116

Harry S. Raphael
Raphael and Raphael LLP
52 Church Street
Boston, MA 02116

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kevin Smith
c/o Joseph M. Orlando
1 Western Ave
Gloucester, MA 01930

Massachusetts Department of Revenue
Bankruptcy Unit
P.O.Box 9564
Boston, MA 02114-9564

Northeastern University
c/o David Isberg
Gov. Relations & Comm Affairs
716 Columbus Avenue
Boston, MA 02120

Orlando & Associates
Attn:  Joseph M. Orlando
1 Western Ave
Gloucester, MA 01930

Twenty Park Plaza, LLC
c/o The D.L. Saunders Real Estate Corp.
Attn:  Lisa M. Saunders
20 Park Plaza, Ste. 700
Boston, MA 02116

Welch & Forbes
c/o Dylan Holbrook
45 School Street
Boston, MA 02108

## United States Bankruptcy Court
### District of Massachusetts

In re    **Courant Publications, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    02/08/2016

**David L. Jacobs/Director**
Signer/Title

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) ) ) | Chapter 7 |
| COURANT PUBLICATIONS INC., | ) ) ) | Case No.  TO BE ASSIGNED |
| Debtor. | ) ) | |

**DECLARATION RE:  ELECTRONIC FILING**

PART 1 - DECLARATION

I, David L. Jacobs, Director of Courant Publications, Inc., hereby declare(s) *under penalty of perjury* that all of the information contained in the Voluntary Petition, dated __2/8/16__ 2016 (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: __Feb 8__, 2016        Signed: _____
David L Jacobs, Director
of Courant Publications, Inc.

PART II - DECLARATION OF ATTORNEY

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.

Dated: __2/8__, 2016        Signed: _____
Attorney Anne J. White

# United States Bankruptcy Court
## District of Massachusetts

In re    **Courant Publications, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Courant Publications, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date    2/8/16

**Anne J. White**
Signature of Attorney or Litigant
Counsel for    **Courant Publications, Inc.**
**Demeo LLP**
**200 State St.**
**Boston, MA 02109**
**617-263-2600**